UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. THERESA SPECIALTY HOSPITAL, LLC ) | CIVIL ACTION |
|     Plaintiff     ) | |
|               ) | NO. 19-12126 |
| VERSUS          ) | |
|               ) | SECTION "F", JUDGE FELDMAN |
| INDIAN HARBOR INSURANCE,   ) | |
| QBE SPECIALTY INSURANCE COMPANY, ) | MAGISTRATE JUDGE WILKINSON |
| INSURANCE COMPANY, STEADFAST  ) | |
| INSURANCE COMPANY, GENERAL,   ) | |
| SECURITY INDEMNITY SPECIALTY   ) | |
| OF ARIZONA, UNITED SPECIALTY   ) | |
| INSURANCE COMPANY, LEXINGTON  ) | |
| INSURANCE COMPANY, PRINCETON  ) | |
| EXCESS AND SURPLUS LINES    ) | |
| INSURANCE COMPANY, INTERNATIONAL) | |
| INSURANCE COMPANY OF HANOVER ) | |
| SE, OLD REPUBLIC INSURANCE   ) | |
| COMPANY, CERTAIN UNDERWRITERS ) | |
| AT LLOYD'S, LONDON      ) | |
|     Defendants     ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' RULE 37(b) AND RULE 41(b) MOTION FOR DISMISSAL WITH PREJUDICE**

    NOW INTO COURT, through undersigned counsel, comes Plaintiff St. Theresa

Specialty Hospital, LLC, who respectfully opposes Defendants' Rule 37(b) and Rule 41(b)

Motion for Dismissal with Prejudice for the following reasons:

**BACKGROUND**

    Plaintiff's Petition sets forth in specific detail Plaintiff's allegations against Defendants

and the causes of action asserted. Defendants seek dismissal of Plaintiff's case in its entirety,

alleging a failure to produce documentation of its alleged loss and damages.

    As of the date of filing the instant pleading, Plaintiff has remitted all available

documentation supporting its claims. Specifically, Plaintiff has remitted ten (10) photos of the

physical damage to its subterranean plumbing system as alleged in its original Petition, attached hereto as Exhibit "A." In addition, plaintiff has submitted the identity of an expert witness it has retained to investigate and support its claims, Lenny Quick of Quick & Associates.

## ARGUMENT

The U.S. Fifth Circuit Court of Appeal has instructed, "Since dismissal is one of the harshest sanctions that a district court can impose, we require a showing of substantial prejudice before such a penalty is warranted." *F.D.I.C. v. Conner*, 20 F.3d 1376, 1385 (5th Cir. 1994); *see also Anderson v. Nosser*, 438 F.2d 183 (5th Cir. 1971) (reversing the district court's dismissal where plaintiffs failed to satisfy the requirements of a production order).

Here, Defendants have failed to demonstrate substantial prejudice. Moreover, Plaintiff has now produced all supporting documentation in its possession beyond those allegations it will re-allege through testimony and that are set forth in its original Petition. Defendants' request for the dismissal of this suit with prejudice at Plaintiff's cost is inappropriate and premature.

## CONCLUSION

Plaintiff respectfully requests that this Court deny Defendants' Motion for Dismissal.


Respectfully Submitted,


**/s/ Jacqueline C. Barber**
Jacqueline C. Barber (#36362)
**LAW OFFICE OF JACQUELINE BARBER**
3939 N. Causeway Blvd., Suite 301
New Orleans, LA 70002
Telephone:    (504) 655-8361
Facsimile:    (504) 407-2101
E-mail:jackie@jcbfirm.com
***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class U.S mail to any non-CM/ECF participants.

**/s/ Jacqueline C. Barber_____**