UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ST. THERESA SPECIALTY HOSPITAL, LLC    *        **CIVIL ACTION**

                                                    *

**VS.**                                         *        **NO.: 19-cv-12126**

                                                    *

**INDIAN HARBOR INSURANCE,**          *        **JUDGE:**
**QBE SPECIALTY INSURANCE COMPANY**  *        **MARTIN L.C. FELDMAN**
**INSURANCE COMPANY, STEADFAST**     *
**INSURANCE COMPANY, GENERAL**       *
**SECURITY INDEMNITY COMPANY**       *       **MAGISTRATE JUDGE:**
**OF ARIZONA, UNITED SPECIALTY**      *       **JOSEPH C. WILKINSON, JR.**
**INSURANCE COMPANY, LEXINGTON**    *
**INSURANCE COMPANY, PRINCETON**     *
**EXCESS AND SURPLUS LINES**         *
**INSURANCE COMPANY, INTERNATIONAL** *
**INSURANCE COMPANY OF HANNOVER**  *
**SE, OLD REPUBLIC INSURANCE**       *
**COMPANY, CERTAIN UNDERWRITERS**  *
**AT LLOYD'S, LONDON, AMRISC, LLC, AND** *
**CJW & ASSOCIATES**                *

---

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, St. Theresa Specialty Hospital, LLC, through undersigned counsel, moves this Honorable Court to dismiss, with prejudice, all claims the Plaintiff has asserted in this action, or could have asserted, against Certain Underwriters at Lloyd's, London severally subscribing to Certificate No. AMR-36866-03, Indian Harbor Insurance Company under Policy No. AMP7521144-04, QBE Specialty Insurance Company under Policy No. MSP14829-04, Steadfast Insurance Company under Policy No. CPP5713952-04, General Security Indemnity Company of Arizona under Policy No. 10T029659-04710-17-02, United Specialty Insurance Company under Policy No. USI-15465-02, Lexington Insurance Company under Policy No. LEX-084299400-02, Princeton Excess and Surplus Lines Insurance Company under Policy No.

7DA3CM0004528-02, International Insurance Company of Hannover SE under Policy No. HAN-14675-02, and Old Republic Union Insurance Company under Policy No. ORAMPR000593-00 (hereinafter collectively referred to as "Defendants"), and policies of insurance to which they subscribe, on suggesting to the Court that all claims against Defendants in the above numbered and entitled case have been fully and completely compromised. This Motion to Dismiss with Prejudice contemplates that each party will bear its own costs.

Respectfully submitted,

LAW OFFICE OF JACQUELINE BARBER

_/s/ Jacqueline C. Barber_
**Jacqueline C. Barber (#36362)**
3939 N. Causeway Blvd., Suite 301
New Orleans, LA 70002
Telephone: (504) 655-8361
Facsimile: (504) 407-2101
*Attorney for Plaintiff, St. Theresa Specialty Hospital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of February, 2020, I served a copy of the foregoing on all counsel of record by filing the same with the Court's electronic filing system, which will  send a copy to all counsel.

_/s/ Jacqueline C. Barber_