UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. THERESA SPECIALTY HOSPITAL, LLC | * | CIVIL ACTION |
| | * | |
| VS. | * | NO.: 19-cv-12126 |
| | * | |
| INDIAN HARBOR INSURANCE, | * | JUDGE: |
| QBE SPECIALTY INSURANCE COMPANY | * | MARTIN L.C. FELDMAN |
| INSURANCE COMPANY, STEADFAST | * | |
| INSURANCE COMPANY, GENERAL | * | |
| SECURITY INDEMNITY COMPANY | * | MAGISTRATE JUDGE: |
| OF ARIZONA, UNITED SPECIALTY | * | JOSEPH C. WILKINSON, JR. |
| INSURANCE COMPANY, LEXINGTON | * | |
| INSURANCE COMPANY, PRINCETON | * | |
| EXCESS AND SURPLUS LINES | * | |
| INSURANCE COMPANY, INTERNATIONAL | * | |
| INSURANCE COMPANY OF HANNOVER | * | |
| SE, OLD REPUBLIC INSURANCE | * | |
| COMPANY, CERTAIN UNDERWRITERS | * | |
| AT LLOYD'S, LONDON, AMRISC, LLC, AND | * | |
| CJW & ASSOCIATES | * | |

## FINAL ORDER OF DISMISAL WITH PREJUDICE

Considering the Motion to Dismiss with Prejudice filed by Plaintiff, St. Theresa Specialty Hospital, LLC, Inc.; IT IS ORDERED that Defendants, Certain Underwriters at Lloyd's, London Subscribing to Certificate No. AMR-36866-03, Indian Harbor Insurance Company under Policy No. AMP7521144-04, QBE Specialty Insurance Company under Policy No. MSP-14829-04, Steadfast Insurance Company under Policy No. CCP5713952-04, General Security Indemnity Company of Arizona under Policy No. 10T029659-04710-17-02, United Specialty Insurance Company under Policy No. USI-15465-02, Lexington Insurance Company under Policy No. LEX-084299400-02, Old Republic Union Insurance Company under Policy No. ORAMPR000593-00, Princeton Excess and Surplus Lines Insurance Company under Policy No.

7DA3CM0004528-02, and International Insurance Company of Hannover, PLC under Policy No. HAN-14675-02, and all claims asserted against them, and the policies of insurance to which they subscribe, in this litigation be, and hereby are, dismissed with prejudice. Each party will bear its own costs.

So Ordered this 28th day of February, 2020, in New Orleans, Louisiana.

JUDGE MARTIN L.C. FELDMAN